—ORIGINAL—

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

SEAN COLBY HOARD,         2:13-CV-02161-BR

      Plaintiff,         VERDICT

v.

JERIAL HARTMAN and ESPIRIDION
SALDAVAR,

      Defendants.

We, the jury, find:

1. Did Plaintiff prove by a preponderance of the evidence that Defendant Jerial Hartman used excessive force against him in violation of his Eighth Amendment rights?

   \_\_\_\_\_ Yes     ✓ No

*If you answered "No," your Verdict is in favor of both Defendants and your deliberations are concluded. Do not answer any more questions. Your Presiding Juror should date and sign this Verdict. If you answered "Yes" to Question 1, proceed to Question 2.*

2. Did Plaintiff prove by a preponderance of the evidence that Defendant Espiridion Saldavar was deliberately indifferent to the use of excessive force by Defendant Hartman against Plaintiff that you found by answering "Yes" to Question 1?

   \_\_\_\_\_ Yes     \_\_\_\_\_ No

*Proceed to Question 3.*

1 - VERDICT

3.  As to each Defendant for whom you answered "Yes" in response to Question 1 or Questions 1 and 2, what amount of compensatory damages did Plaintiff prove he sustained as a result of that Defendant's violation of Plaintiff's Eighth Amendment rights?

    Defendant Jerial Hartman        $_____

    Defendant Espiridion Saldavar   $_____

*Proceed to Question 4.*

4.  As to each Defendant for whom you answered "Yes" in Question 1 or Questions 1 and 2, do you find punitive damages should be assessed against that Defendant?

    As to Defendant Jerial Hartman        _____ Yes _____ No

    As to Defendant Espiridion Saldavar   _____ Yes _____ No

*If you answer "No" as to both Defendants your deliberations are concluded. Do not answer any more questions. Your Presiding Juror should date and sign this Verdict. If you answered "Yes" as to either or both Defendants in Question 4, proceed to Question 5.*

5.  If you answered "Yes" in Question 4 as to Defendant Jerial Hartman, what amount of punitive damages should Defendant Jerial Hartman pay to Plaintiff?

    $_____

*Proceed to Question 6.*

6.  If you answer "Yes" in Question 4 as to Defendant Espiridion Saldavar, what amount of punitive damages should Defendant Espiridion Saldavar pay to Plaintiff?

    $_____

*Your deliberations are concluded. Your Presiding Juror should date and sign this Verdict.*

Dated this \_\_10\_\_ day of August, 2016.

_____
Presiding Juror