IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SEAN COLBY HOARD,<br><br>    Plaintiff,<br><br>v.<br><br>J. HARTMAN; MR. BROWN;<br>MR. ORTEGA; E. SALDAVAR; JAMES A.<br>TAYLOR; and MARK NOOTH,<br><br>    Defendants. | Case No. 2:13-cv-02161-BR<br><br>JUDGMENT OF DISMISSAL WITH PREJUDICE |

Based on this Court's order, dated January 12, 2016, granting Defendants' Motion For Summary Judgment as to plaintiff's claims against Defendant Nooth, state common-law and constitutional claims, and request for declaratory relief, and based on this Court's order, dated January 8, 2019, dismissing plaintiff's remaining claims for lack of prosecution, a JUDGMENT is hereby entered dismissing plaintiff's claims in this action WITH PREJUDICE.

DATED this 10th day of January, 2019.

                                                   ANNA J. BROWN
                                                 United States Senior District Judge

Page 1 -   JUDGMENT OF DISMISSAL WITH PREJUDICE
AH/ls8/9388491-v1