**Viktoria Safarian**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

Attorney for Plaintiff,
Sean Hoard

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **SEAN COLBY HOARD,** | Case No.: 2:13-cv-02161-BR |
| Plaintiffs, | |
| v. | **DECLARATION OF SEAN HOARD** |
| **Snake River Correctional Institution** *et. al* | |
| Defendants. | |

I, Sean Colby Hoard, declare as follows:

1. I am the plaintiff in this action.

2. I was released from prison in 2016. I was released early after I won my criminal appeal.

3. The first two or three months after I was released, I lived at the Shoreline, a halfway house. After that, I stayed with my family for some time but ultimately, I became homeless.

4. I have struggled with serious mental health issues since my release from prison. I was given a diagnosis of Schizoaffective Disorder. Schizophrenia runs in my family. I

have two uncles who are schizophrenic. I have not had stable access to anti-psychotic medications since being released from prison. When I do not have my medications, my symptoms are severe. I hear voices in my head, I see things that other people do not see, and my mood swings are extreme. I struggle with depression and the inability to cope with my situation. Struggling to find a safe and warm place to sleep, something to eat, and take a shower every night was especially difficult with my mental health issues.

5. In the fall and winter of 2018-2019 I was homeless and living on the streets. I periodically saw my mom. I did not have access to my mental health medication. I did not have a phone number or a home address, other than my mom's address.

6. I did not hear anything about this case until I heard from my lawyers. My mom gave me a letter from my attorneys, telling me there was a hearing I had to go to or the case would be dismissed. By the time I got their letter it was past the scheduled court date. I called my lawyers over and over again but never got a response. I was devastated that my case was dismissed.

7. I was then incarcerated again for four or five months.

8. Recently, I was talking to a friend and telling him about this case and how it was dismissed. He suggested I contact attorney Lynn Walsh. That was about two weeks ago. I immediately called her several times and left her several voicemails. Eventually she connected me with my current attorney, Viktoria Safarian.

9. Viktoria Safarian and I first spoke on October 4, 2019. Following that conversation, we prepared to file this motion.

**DATED** this 8th day of October, 2019.

LEVI MERRITHEW HORST PC
610 SW Alder Street, Ste 415
Portland, Oregon 97205

By: <u>Sean Hoard</u>
**Sean Hoard**

LEVI MERRITHEW HORST PC
610 SW Alder Street, Ste 415
Portland, Oregon 97205