```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF OREGON

                          PORTLAND DIVISION


SEAN COLBY HOARD,              )
                               )
                    Plaintiff, )  Case No. 2:13-cv-02161-BR
                               )
              v.               )
                               )  January 8, 2019
SNAKE RIVER CORRECTIONAL       )
INSTITUTION, et al.            )
                               )
                    Defendant. )  Portland, Oregon
_____)
```

SHOW CAUSE HEARING

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE ANNA J. BROWN

UNITED STATES DISTRICT COURT SENIOR JUDGE

```
 1                         APPEARANCES

 2
     FOR THE DEFENDANT(S):
 3                         ANDREW D. HALLMAN
                           Oregon Department of Justice
 4                         1162 Court Street NE
                           Salem, OR 97301
 5

 6

 7

 8

 9

10

11

12

13

14

15

16   COURT REPORTER:    Jill L. Jessup, CSR, RMR, RDR, CRR, CRC
                        United States District Courthouse
17                      1000 SW Third Avenue, Room 301
                        Portland, OR 97204
18                      (503)326-8191

19

20                         *   *   *

21

22

23

24

25
```

1  TRANSCRIPT OF PROCEEDINGS

2  (January 8, 2019)

3  (In open court:)

4  THE COURT: Good morning, Mr. Hallman.

5  MR. HALLMAN: Good morning, Judge.

6  THE COURT: We're here in the matter of Hoard against
7  Hartman and others, which is Civil No. 13-02161. This matter
8  was tried to a jury, resulted in a defense verdict that was
9  overturned on appeal. A mandate was issued. The matter was
10 back before the Court. But counsel who had represented the
11 plaintiff, Mr. Hoard, on appeal, withdrew. The defendant
12 then -- defendants then filed a motion for an order for
13 plaintiff to appear and show cause why the matter should not be
14 dismissed for his failure to prosecute. I issued that order
15 and directed that the plaintiff file on or before December 28 a
16 current address with the Court. I also included in that order
17 a direction to defendant -- defendants to ensure service on the
18 plaintiff by registered mail at the plaintiff's mother's
19 address and to send a copy of the order to plaintiff's prior
20 trial counsel and appellate counsel and probation officer.

21 Mr. Hallman is here on behalf of defendants. Today is the
22 time set for the plaintiff to appear and show cause why the
23 matter should not be dismissed.

24 Mr. Hallman, can you update this record with respect to
25 the efforts made to notify Mr. Hoard of his duty to report

```
 1  today?
 2          MR. HALLMAN:  Thank you, Your Honor.  The initial
 3  order to show cause -- or motion for order to show cause
 4  demonstrates my efforts to contact both his probation officer
 5  and then -- the only one I was able to actually contact was
 6  plaintiff's mother, and I did speak with her, who said she
 7  would get a message to Mr. Hoard.  To date, I have not had any
 8  contact with Mr. Hoard.  The last attempts we made was pursuant
 9  to the Court's order where we mailed the order to show cause to
10  all the prior counsel, probation officer, and then certified
11  mail to plaintiff's mother's address, and then filed a
12  certificate of service at Docket 154.
13       Since that time, we have not heard anything from
14  Mr. Hoard.
15          THE COURT:  All right.  Then pursuant to the order to
16  show cause and the showing made just now and in the record, I'm
17  dismissing this matter for lack of prosecution and dismissing
18  it with prejudice.
19          MR. HALLMAN:  Thank you, Your Honor.
20          THE COURT:  Thank you.  We are off the record.
21                      (Hearing concluded.)
22
23
24
25
```

C E R T I F I C A T E

Sean Colby Hoard

v.

Snake River Correctional Institution, et al.

2:13-cv-02161-BR

SHOW CAUSE HEARING

January 8, 2019

I certify, by signing below, that the foregoing is a true and correct transcript of the record, taken by stenographic means, of the proceedings in the above-entitled cause. A transcript without an original signature, conformed signature, or digitally signed signature is not certified.

/s/Jill L. Jessup, CSR, RMR, RDR, CRR, CRC
_____

| | |
|---|---|
| Official Court Reporter | Signature Date: 10/21/19 |
| Oregon CSR No. 98-0346 | CSR Expiration Date: 9/30/20 |