**Viktoria Safarian**, OSB No. 175487
Email: viktoria@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SEAN COLBY HOARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>J. HARTMAN; MR. BROWN; MR. ORTEGA; E. SALDAVAR; JAMES A. TAYLOR; and MARK NOOTH,<br><br>    Defendants. | Case No.: 2:13-cv-02161-BR<br><br>ORDER APPROVING SETTLEMENT |

    Based upon the Motion to Approve Final Settlement, and it appearing to the court that the settlement reached is in Mr. Hoard's best interest,

    IT IS NOW THEREFORE ORDERED that the final settlement of this action is approved by this court.

DATED:  August 6, 2020

/s/ Anna J. Brown
Anna J. Brown
US District Court Senior Judge

Page 1 – ORDER APPROVING SETTLEMENT